Filed 8/24/22  P. v. Ray CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ROBERT THOMAS RAY,<br><br>    Defendant and Appellant. | 2d Crim. No. B319194<br>(Super. Ct. No. 2021031134)<br>(Ventura County) |

Robert Thomas Ray appeals from the judgment entered after he pled guilty to inflicting corporal injury on his girlfriend. (Pen. Code, § 273.5, subd. (a).)  His notice of appeal asserts sentencing error and does not affect the validity of the plea. (Pen. Code, § 1237.5; Cal. Rules of Court, rule 8.304, subd. (b).)

We appointed counsel to represent appellant in this appeal. After an examination of the record, counsel filed an opening brief that raises no arguable issues.  On June 9, 2022, we notified appellant by mail that he had 30 days within which to personally submit any contentions or issues he wished us to consider.  The

30 days have since passed, and appellant has not presented any contentions or issues for our consideration.

In December 2021, during a domestic dispute, appellant grabbed his girlfriend by the throat with both hands and threw her to the ground. Appellant pled guilty to the inflicting injury charge and was sentenced to two years in state prison, with presentence credits of 100 days.

We have reviewed the entire record and are satisfied that appellant's attorney fully complied with his responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436.)

DISPOSITION

The judgment is affirmed.

<u>NOT TO BE PUBLISHED.</u>

YEGAN, J.

We concur:

GILBERT, P. J.

PERREN, J.[*]

---

[*] Retired Associate Justice of the Court of Appeal, Second Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.

2

Rocky Baio, Judge

Superior Court County of Ventura

_____

Richard B. Lennon, Executive Director, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Respondent.